# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO WILSON, INC., dba GATORZ,<br><br>                                    Plaintiff,<br><br>         vs.<br><br>PR OPTICS, LLC, a corporation; MAXAM<br>EYEWEAR, a business entity; RUSSELL<br>LACASSE, an individual; and DOES 1<br>through 10, inclusive,<br><br>                                    Defendants. | CASE NO. 04cv0760-LAB (BLM)<br><br>**ORDER TERMINATING ACTION**<br><br>[Dkt Nos. 88, 89] |

In response to the court's April 27, 2007 Order To Show Cause Re Case Termination, plaintiff Reno Wilson, Inc. timely filed a Notice Of Voluntary Dismissal to dispose of the remaining claims and the only defendant not included in the other parties' Stipulated Judgment. **IT IS HEREBY ORDERED** defendant Paul D. DiFiore is dismissed from this action without prejudice, and the Clerk of Court shall terminate this case as to all claims and all parties.

        **IT IS SO ORDERED**.

DATED:  May 16, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

04cv0760